# United States Court of Appeals

## For the Eighth Circuit

———————————————————

No. 15-3669

———————————————————

Simon Velasquez Cansinos,

*Petitioner*,

v.

Loretta E. Lynch, Attorney General of the United States,

*Respondent*.

——————————

Petition for Review of an Order of the
Board of Immigration Appeals

——————————

Submitted: September 6, 2016
Filed: October 5, 2016
[Unpublished]

——————————

Before COLLOTON, BOWMAN, and GRUENDER, Circuit Judges.

——————————

PER CURIAM.

Guatemalan citizen Simon Velasquez-Cansinos petitions for review of an order of the Board of Immigration Appeals upholding an immigration judge's denial of his application for withholding of removal. After careful consideration, we conclude that substantial evidence in the record as a whole supports the agency's determination that Velasquez-Cansinos failed to establish a clear probability of persecution in Guatemala

due to a protected ground. *See Ezeagwu v. Mukasey*, 537 F.3d 836, 839 (8th Cir. 2008). Accordingly, we deny the petition for review. *See* 8th Cir. R. 47B.

_____